```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08925
   REBA GRAHAM JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4825

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/26/2006 and was confirmed 10/04/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

      The case was dismissed after confirmation 12/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED          7986.53        561.86        1426.16
HSBC AUTO FINANCE          SECURED          1860.00        130.85         325.91
DEER & STONE               PRIORITY         NOT FILED         .00            .00
ARONSON FURNITURE          UNSECURED        NOT FILED         .00            .00
CAPITAL ONE                UNSECURED         1603.80          .00            .00
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED         .00            .00
DR GOOT & ROBINSON         UNSECURED        NOT FILED         .00            .00
LAWRENCE FRIEDMAN          NOTICE ONLY      NOT FILED         .00            .00
HSBC CARD SERVICES         UNSECURED        NOT FILED         .00            .00
I C COLLECTION SERVICE     UNSECURED        NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   UNSECURED          304.49          .00            .00
LOAN EXPRESS CO            UNSECURED          595.00          .00            .00
MCI                        UNSECURED        NOT FILED         .00            .00
MERCY HOSPITAL MEDICAL C   UNSECURED        NOT FILED         .00            .00
MERRICK BANK               UNSECURED          770.71          .00            .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED         .00            .00
SEARS PAYMENT CENTER       UNSECURED        NOT FILED         .00            .00
SHERMAN ACQUISITION LP     UNSECURED        NOT FILED         .00            .00
UNIVERSITY OF CHICAGO HO   UNSECURED        NOT FILED         .00            .00
TRS SERVICES               UNSECURED        NOT FILED         .00            .00
TRUCIA A DRUMMOND          UNSECURED        NOT FILED         .00            .00
TRUSTMARK RECOVERY         UNSECURED        NOT FILED         .00            .00
UNIVERSITY OF ILLINOIS H   UNSECURED        NOT FILED         .00            .00
WEXLER & WEXLER            NOTICE ONLY      NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           590.47          .00            .00
TRUSTMARK RECOVERY         UNSECURED        NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED         2829.60          .00            .00
ILLINOIS DEPT OF REVENUE   FILED LATE           .00           .00            .00
ILLINOIS DEPT OF REVENUE   FILED LATE           .00           .00            .00
DEER & STONE               DEBTOR ATTY      1,600.00                       303.73
TOM VAUGHN                 TRUSTEE                                         170.49
DEBTOR REFUND              REFUND                                             .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 08925 REBA GRAHAM JOHNSON
```

```
      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              2,919.00

PRIORITY                                           .00
SECURED                                       1,752.07
   INTEREST                                     692.71
UNSECURED                                          .00
ADMINISTRATIVE                                  303.73
TRUSTEE COMPENSATION                            170.49
DEBTOR REFUND                                      .00
                    ---------------      ---------------
TOTALS               2,919.00             2,919.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 03/26/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```